UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-CV-62686-MGC

HEIDI HESS DESIGNS, LLC,
A Florida limited liability company, and
HEIDI HESS, individually,

Plaintiffs,

v.

LINDA VENDOME, individually,

Defendant.
_________________________________/

**MOTION FOR LEAVE TO FILE SUR-REPLY**

Defendant, Linda Vendome, by and through the undersigned counsel and pursuant to Local Rule 7.1(c), hereby moves this Court for permission to file a sur-reply.

Plaintiffs' Reply [D.E. 26] to Defendant's Response in Opposition to Motion for Preliminary Injunction [D.E. 25] submitted the Declaration of John F. Bradley, attached to which is a series of emails between Mr. Bradley and an attorney, Christine A. Butler, who previously represented Ms. Vendome. To the extent the Court will consider the recently filed Declaration of John F. Bradley and its attachments, which Plaintiffs use to accuse Ms. Vendome and Kevin McKosky of perjury, Defendant Linda Vendome has been unfairly prejudiced if not permitted to respond.

The emails attached to the Declaration of John F. Bradley are hearsay statements made in the context of pre-suit settlement negotiations on an unrelated matter pending in New York, and those statements were made by an attorney who previously represented Ms.

Vendome. In addition to hearsay issues, the attachment of those emails arguably violates Local Rule 7.7's prohibition on uninvited submissions of correspondence between counsel.

Ms. Vendome and Mr. McKosky stand by the attestations in their respective affidavits. Ms. Vendome did not post the remarks at issue in this lawsuit; they were posted by Kevin McKosky from his personal laptop computer without the knowledge or direction of Ms. Vendome; and Ms. Vendome read the remarks for the first time when she received a copy of this lawsuit. Plaintiffs should not be permitted to submit hearsay evidence in the form of third party statements made during pre-suit settlement negotiations to this Court and accuse Ms. Vendome and Mr. McKosky of perjury.

WHEREFORE, Defendant Linda Vendome respectfully moves for leave to file a sur-reply pursuant to Local Rule 7.1(c).

**Local Rule 7.1(a)(3) Certification**

Counsel for the movant conferred with Plaintiffs' counsel in a good faith effort to resolve the issues raised in this motion; however, Plaintiffs' counsel objected.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that a true and correct copy of the foregoing has been furnished to **John F. Bradley, Esq.** (counsel for Plaintiffs) at jp@bradlegal.com, this 27th day of March 2015.

**TRIPP SCOTT, P.A.**
*Attorneys for Defendant Linda Vendome*
110 SE 6th St, 15th Floor
Fort Lauderdale, FL, 33301
Tel: 954-525-7500

By: /s/ *John M. Mullin*
John M. Mullin, Esq., FBN: 777323
(jmm@trippscott.com; sxc@trippscott.com)
Ryan H. Lehrer, Esq., FBN: 0084423
(rhl@trippscott.com; sxc@trippscott.com)